| PROB 22 (Rev. 01/24) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 4:22CR00200-002 |
| | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Rec. Court)* |
| | | 2:24-CR-077-Z-BR |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Michael Stewart Clements<br>116 Dallam Avenue<br>Dumas, Texas 79029 | Western District of Texas | Pecos |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge David Counts | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM: July 1, 2024 — TO: June 30, 2027 |

OFFENSE
Transportation of Illegal Aliens, 8 U.S.C. § 1324(a)(1)(A)(ii) and 8 U.S.C. § 1324(B)(ii)

JUSTIFICATION/REASON FOR TRANSFER (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Prosocial ties, the defendant resides in Dumas, Texas, which is located in the Amarillo Division.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Western   DISTRICT OF   Texas, Pecos Division

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the   Northern District of Texas, Amarillo Division   upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

11/01/2024
Date

*[signature]*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   Texas, Amarillo Division

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

Nov. 4, 2024
Effective Date

*[signature]*
United States District Judge

1