# United States District Court
# Northern District of Texas
*Amarillo Division*

UNITED STATES OF AMERICA

V.

MICHAEL STEWARD CLEMENTS

CASE NUMBER: 2:24-CR-077-Z-BR (01)

MAG. CASE NUMBER:

To: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST OF PROBATIONER/SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named probationer/supervised releasee and bring him/her, forthwith, before the United States District Court to answer charges that he/she violated the conditions of his/her probation/supervised release imposed by the Court.

NAME OF PROBATIONER/SUPERVISED RELEASEE:

MICHAEL STEWART CLEMENTS

ADDRESS (STREET, CITY, STATE):

| PROBATION/SUPERVISED RELEASE IMPOSED BY (NAME OF COURT): | DATE IMPOSED |
|---|---|
| U.S. DISTRICT COURT, WESTERN DISTRICT OF TEXAS, PECOS DIVISION | Apr 28, 2023 |

TO BE BROUGHT BEFORE (JUDGE, NAME OF COURT, CITY, STATE):

U.S. MAGISTRATE JUDGE LEE ANN RENO, AMARILLO, TEXAS

Karen Mitchell, U.S. District Court Clerk

A. Cobb
(By) Deputy Clerk

Jan 22, 2026
Date

## RETURN

Warrant received and executed.

Date Received: 1-22-26

Date Executed: 1-28-26

Executing Agency (Name and Address)

U.S Marshals Service 205 SE 5th st, Amarillo, TX 79101

Name: Sean Malecha (USM)   (By) DUSM Manuel Reyes   Date: 1-28-26