IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2:24-CR-077-Z (01) |
| MICHAEL STEWART CLEMENTS | ECF |

## MOTION TO REVOKE SUPERVISED RELEASE

The United States of America, by and through the United States Attorney for the Northern District of Texas, files this Motion to Revoke Supervised Release of Michael Stewart Clements, in support of which the United States shows as follows:

On April 26, 2023, Michael Stewart Clements, defendant, was sentenced by United States District Judge David Counts, to a term of 21 months, to be followed by a term of supervised release of 3 years, with conditions, upon his conviction of Transportation of Illegal Aliens, in violation of 8 U.S.C. §§ 1324(a)(1)(A)(ii) and 8 U.S.C. §1324(B)(ii).   Clements began serving his current term of supervised release on July 1, 2024. On November 4, 2024, the case was transferred to U.S. District Judge Matthew J. Kacsmaryk.

I.

Conditions of the Defendant's supervised release provide:

**Violation of Mandatory Condition No. 1:**  The defendant shall not commit another federal, state, or local crime during the term of supervision.

II.

Defendant **Clements** violated these conditions in that:

1. On or about January 17, 2026, defendant was arrested by Dumas Police Department (DPD), Dumas, Texas, for Assault Causing Bodily Injury, in violation of Texas Penal Code § 22.01(a)(1), a Class A Misdemeanor.

III.

The United States respectfully asks that this Honorable Court revoke the defendant's supervised release and order him to the custody of the Attorney General to serve a sentence as determined by the Court in accordance with the law.   Further, the United States request that the defendant be detained pending his final revocation hearing.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Anna Marie Bell*
ANNA MARIE BELL
Assistant United States Attorney
New Mexico Bar Number 12501
500 South Taylor Street, Suite 300
Amarillo, Texas 79101-2446
Telephone: 806-324-2356
Facsimile: 806-324-2399
E-mail: anna.bell@usdoj.gov